UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON ALLEN, | ) | No. CV 16-2550-FMO (AJW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) | |
| | ) | |
| Respondent. | ) | |

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: June 3, 2016

                                              _____/s/_____
                                              Fernando M. Olguin
                                              United States District Judge